John T. Brooks, State Bar No. 167793
Lisa K. Widdecke, State Bar No. 213250
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:   jtbrooks@luce.com
          lwiddecke@luce.com

Attorneys for Defendant Motherhood Maternity

FILED
2008 AUG 22 PM 2: 14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUMPHREY,

    Plaintiff,

v.

PCCP OF SB LAS AMERICAS OWNER LLC; JOCKEY INTERNATIONAL GLOBAL INC; NEIMAN MARCUS LAST CALL; RITMO LATINO INC; MAIDENFORM INC; LCI HOLDINGS INC DBA LIZ CLAIBORNE OUTLET #324; SUNGLASS HUT TRADING CORP DBA SUNGLASS OUTLET #4779; MOTHERHOOD MATERNITY; STRIDE RITE CHILDRENS GROUP DBA STRIDE RITE OUTLET #6050; BROOKS BROTHERS; SANRIO SURPRISES; GUESS INC; J CREW FACTORY STORE; PERFUME OUTLET; PUMA OUTLET STORE; CONVERSE OUTLET STORE; SUNGLASS HUT INTL; PVH CORP DBA CALVIN KLEIN #062; KENNETH COLE CATALOG INC DBA KENNETH COLE OUTLET STORE; And DOES 1 THROUGH 10, Inclusive,

    Defendants.

Case No. '08 CV 1558 BEN BLM

**PROOF OF SERVICE**

///

---

1

Case No. _____
PROOF OF SERVICE
ORIGINAL

1  I, Sylvia Terry, declare under penalty of perjury that I am over the age of
2  eighteen years, that I am not a party to the above-referenced action, and that I am
3  employed in the State of California, County of San Diego, where the within-mentioned
4  service occurred. My business address is 600 West Broadway, Suite 2600, San Diego,
5  California 92101; telephone number 619.236.1414; facsimile number 619.232.8311.
6  On August 22, 2008, I caused to be served the following document(s):

7  1.   **Civil Cover Sheet**

8  2.   **Defendant Motherhood Maternity's Notice of Interested Parties**

9  3.   **Defendant Motherhood Maternity's Notice of Removal of Action Under 28 U.S.C. Section 1331 (Federal Question)**

on the interested parties in this action by:

**XX**   **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named below / on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit..

_____   **E-MAIL TRANSMISSION**: I sent a copy via electronic mail to the e-mail address indicated below.

by delivering a true copy thereof to the following:

Attorneys for Plaintiff:
Pinnock & Wakefield
Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
3033 Fifth Avenue, Suite 410
San Diego, CA 92103

Phone: 619.858.3671
Fax:    619.858.3646

_____   **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX**   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on August 22, 2008.

_____
Sylvia Terry

2

Case No. _____
PROOF OF SERVICE