1  John T. Brooks, State Bar No. 167793
   Lisa K. Widdecke, State Bar No. 213250
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   E-Mail:  jtbrooks@luce.com
5           lwiddecke@luce.com

6  Attorneys for Defendant MOTHERHOOD MATERNITY

7

FILED
2008 AUG 22 PM 2:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BARBARA HUMPHREY, | Case No. '08 CV 1558 BEN BLM |
| 12       Plaintiff, | |
| 13  v. | **DEFENDANT MOTHERHOOD MATERNITY'S NOTICE OF INTERESTED PARTIES** |
| 14  PCCP OF SB LAS AMERICAS OWNER LLC; JOCKEY | |
| 15  INTERNATIONAL GLOBAL INC; NEIMAN MARCUS LAST CALL; | Complaint Filed:  June 23, 2008 |
| 16  RITMO LATINO INC; MAIDENFORM INC; LCI | Trial Date:       None Set. |
| 17  HOLDINGS INC DBA LIZ CLAIBORNE OUTLET #324; | |
| 18  SUNGLASS HUT TRADING CORP DBA SUNGLASS OUTLET #4779; | |
| 19  MOTHERHOOD MATERNITY; STRIDE RITE CHILDRENS GROUP | |
| 20  DBA STRIDE RITE OUTLET #6050; BROOKS BROTHERS; SANRIO | |
| 21  SURPRISES; GUESS INC; J CREW FACTORY STORE; PERFUME | |
| 22  OUTLET; PUMA OUTLET STORE; CONVERSE OUTLET STORE; | |
| 23  SUNGLASS HUT INTL; PVH CORP DBA CALVIN KLEIN #062; | |
| 24  KENNETH COLE CATALOG INC DBA KENNETH COLE OUTLET | |
| 25  STORE; And DOES 1 THROUGH 10, Inclusive, | |
| 26       Defendants. | |

27

28  ///

---

1
Case No. _____
DEFENDANT MOTHERHOOD MATERNITY'S
NOTICE OF INTERESTED PARTIES
ORIGINAL

1 | The undersigned, counsel of record for defendant Motherhood Maternity certifies
2 | that the following listed parties have a direct, pecuniary interest in the outcome of this
3 | case. These representations are made to enable the Court to evaluate possible
4 | disqualification or recusal.

5 |     1.    Mothers Work, Inc.

6 | DATED: August 22, 2008    Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
John T. Brooks
Lisa K. Widdecke
Attorneys for Defendant Motherhood Maternity

101113799.1