UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUMPHREY,<br><br>        Plaintiff,<br><br>v.<br><br>PCCP OF SB LAS AMERICAS OWNER LLC; JOCKEY INTERNATIONAL GLOBAL INC.; NEIMAN MARCUS LAST CALL; RITMO LATINO INC.; MAIDENFORM INC.; LCI HOLDINGS INC. DBA LIZ CLAIBORNE OUTLET #324; SUNGLASS HUT TRADING CORP. DBA SUNGLASS OUTLET #4779; MOTHERHOOD MATERNITY; STRIDE RITE CHILDRENS GROUP DBA STRIDE RITE OUTLET #6050; BROOKS BROTHERS; SANRIO SURPRISES; GUESS INC.; J CREW FACTORY STORES; PERFUME OUTLET; PUMA OUTLET STORE; CONVERSE OUTLET STORE; SUNGLASS HUT INTL; PVH CORP. DBA CALVIN KLEIN #062; KENNETH COLE CATALOG INC. DBA KENNETH COLE OUTLET STORE; and DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Case No. 08cv1558-BEN (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

///

///

1  On August 22, 2008, Defendant Motherhood Maternity removed this
2  action from the superior court to this Court. Based upon the Court's
3  review of the documents accompanying the Notice of Removal [Doc. No. 1],
4  it appears that Motherhood Maternity is the only Defendant that has
5  filed an answer. In light of the fact that numerous Defendants have
6  yet to file responsive pleadings in this case, the Court finds it
7  inappropriate to convene an Early Neutral Evaluation Conference ("ENE")
8  at this time. See Civil Local Rule 16.1(c) (explaining that the
9  "judicial officer shall hold [conferences] as he or she deems
10 appropriate").

11 The Court will conduct a telephonic, attorneys-only Case Management
12 Conference on **September 29, 2008** at **1:15 p.m.** Plaintiff's counsel shall
13 initiate the conference call. Failure of required counsel to
14 participate may result in the imposition of sanctions.

15 **IT IS SO ORDERED.**

16 DATED: August 26, 2008

18 BARBARA L. MAJOR
   United States Magistrate Judge

22 COPY TO:

23 HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE

24 ALL COUNSEL