1  GARY J. LORCH (SBN 119989)
   GORDON & REES LLP
2  633 West Fifth Street, Suite 4900
   Los Angeles, CA 90071
3  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
4
   Attorneys for Defendant
5  PUMA NORTH AMERICA, INC. (erroneously sued herein as Puma Outlet Store)
6

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUMPHREY, | CASE NO. 3:08 CV 01558 BEN BLM |
| Plaintiff, | |
| vs. | STIPULATION EXTENDING THE TIME OF DEFENDANT TO RESPOND TO COMPLAINT |
| PCCP OF SB LAS AMERICAS OWNER LLC; JOCKEY INTERNATIONAL GLOBAL INC.; NEIMAN MARCUS LAST CALL; RITMO LATINO INC.; MAIDENFORM INC.; LCI HOLDINGS INC DBA LIZ CLAIBORNE OUTLET #324; SUNGLASS HUT TRADING CORP DBA SUNGLASS OUTLET #4779; MOTHEROOD MATERNITY; STRIDE RITE CHILDRENS GROUP INC. DBA STRIDE RITE OUTLET #6050; BROOKS BROTHERS; SANRIO SURPRISES; GUESS INC.; J CREW FACTORY STORE; PERFUME OUTLET; PUMA OUTLET STORE; CONVERSE OUTLET STORE; SUNGLASS HUT INTL; PVH CORP DBA CALVIN KLEIN #062; KENNETH COLE CATALOG INC DBA KENNETH COLE OUTLET STORE; And DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

TO THE COURT:

-1-

STIPULATION EXTENDING THE TIME OF DEFENDANT TO RESPOND TO COMPLAINT

1  The parties hereto, Plaintiff Barbara Humphrey, and Defendant listed in the
2  Complaint as Puma Outlet Store, by and through their respective counsel of record,
3  hereby stipulate as follows:
4  WHEREAS Defendant's response to Plaintiff's Complaint is due to be filed
5  on or before September 8, 2008;
6  WHEREAS Plaintiff's counsel has agreed to allow Defendants additional
7  time to respond to the Complaint, the parties agree and hereby stipulate that
8  Defendant shall file and serve its responsive pleading to Plaintiff's Complaint on
9  or before September 19, 2008.
10  IT IS SO STIPULATED:

11  DATED: SEPTEMBER 5, 2008    PINNOCK & WAKEFIELD
                                A Professional Corporation

                                By: /s/ David C. Wakefield
                                    Thomas Pinnock
                                    David Wakefield
                                    Attorneys for Plaintiff
                                    Barbara Humphrey

18  DATED: SEPTEMBER 5, 2008    GORDON & REES

                                By: _____
                                    Debra Ellwood Meppen
                                    Tamar Karaguezian
                                    Attorneys for Defendant
                                    Puma North America Inc.,
                                        (erroneously sued herein as Puma
                                        Outlet Store)

*Gordon & Rees LLP*
*633 West Fifth Street, Suite 4900*
*Los Angeles, CA 90071*

MGT/NA/5933019v.1

-2-

STIPULATION EXTENDING THE TIME OF DEFENDANT TO RESPOND TO COMPLAINT

1  The parties hereto, Plaintiff Barbara Humphrey, and Defendant listed in the
2  Complaint as Puma Outlet Store, by and through their respective counsel of record,
3  hereby stipulate as follows:
4  WHEREAS Defendant's response to Plaintiff's Complaint is due to be filed
5  on or before September 8, 2008;
6  WHEREAS Plaintiff's counsel has agreed to allow Defendants additional
7  time to respond to the Complaint, the parties agree and hereby stipulate that
8  Defendant shall file and serve its responsive pleading to Plaintiff's Complaint on
9  or before September 19, 2008.
10 IT IS SO STIPULATED:
11 DATED: SEPTEMBER 5, 2008           PINNOCK & WAKEFIELD
                                     A Professional Corporation
12
13
                                     By: _____
14                                       Thomas Pinnock
15                                       David Wakefield
                                         Attorneys for Plaintiff
16                                       Barbara Humphrey
17
18 DATED: SEPTEMBER 5, 2008           GORDON & REES
19
20                                   By: _____
21                                       Gary Lorch
                                         Attorneys for Defendant
22                                       Puma North America Inc.,
                                            (erroneously sued herein as Puma
23                                          Outlet Store)

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

PUMA/NA/5934921v.1

-2-
STIPULATION EXTENDING THE TIME OF DEFENDANT TO RESPOND TO COMPLAINT

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On **September 8, 2008**, I served the within documents:

**STIPULATION EXTENDING THE TIME OF DEFENDANT TO RESPOND TO COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☒ BY ELECTRONIC TRANSMISSION. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

David Wakefield, Esq.
Pinnock & Wakefield, APC
3033 5th Avenue, Suite 410
San Diego, CA 92103-5873

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 8, 2008** at Los Angeles, California.

*Kathy Mueller*
KATHY MUELLER